

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/07/2023 10:15 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:19-bk-00511-GER** | **Chapter 11** | 06/26/2021 |
| **ADVERSARY:**   6:21-ap-00104-GER | | **Pltf Atty:**  Paul J Battista |
| | | **Dft Atty:** Mark E Steiner |
| **DEBTOR:** | IPS Worldwide, LLC | |

**HEARING:**

Alex D. Moglia, Trustee v. Bank of America, N.A.

-cont. Pretrial Conference
PENDING:
-Bank of America's Agreed Motion to Extend Time Agreed Motion to Extend Deadlines Under Joint Case Management and June 29, 2023 Orders (Doc #108)
Note: 10/14/21; 3/10/22; 4/14/22; 12/15/22; 3/21/23; 6/27/23
BOA's Answer/Affirmative Defenses (Doc #27)
BOA's Response to Complaint - Pursuant to this Court's Order Granting in Part and Denying in Part Trustees Motion to Strike Certain of Bank of America's Affirmative Defenses - Amended Ninth Affirmative Defense to Adversary Complaint (Doc #58)
Order granting/denying in part affirmative defenses (Doc #34)
Mediation to conclude by March 31, 2023
Agreed Order Extending Deadlines (Doc #93)
Pending:
Defendant's Notice of Issuance of Non-Party Subpoenas for Documents and Deposition Duces Tecum (Doc #78)
Black & Decker's Response to And Objections to Subpoenas To Testify At A Deposition In Bankruptcy Case (Or Adversary Proceeding) (Doc #99)
-Bank of America's Agreed Motion to Extend Time Agreed Motion to Extend Deadlines Under Joint Case Management and June 29, 2023 Orders (Doc #108)
Nature[s] of Suit:
14 Recovery of money/property - other

**APPEARANCES:**:   Theresa Van Vliet (Plf Atty); Mark Steiner and Dora Kaufman (Def Atty);

**RULING:**

cont. Pretrial Conference -   cont. to March 12, 2024 at 10:15 am (AOCNFNG);

Bank of America's Agreed Motion to Extend Time Agreed Motion to Extend Deadlines Under Joint Case Management and June 29, 2023 Orders   (Doc #108) - Granted:Order by Steiner;
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.